Nicole Owens
FEDERAL PUBLIC DEFENDER
Abigail Thiry
Assistant Federal Defender
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho, Ste. 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
TIMBER ROBERTS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE DEBORA K. GRASHAM)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:23-mj-00108-DKG |
| ) | |
| Plaintiff, ) | NOTICE OF APPEARANCE AND |
| ) | ASSOCIATION OF CO-COUNSEL |
| vs. ) | |
| ) | |
| TIMBER ROBERTS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

TO: CLERK OF THE COURT, UNITED STATES DISTRICT COURT
JOSHUA HURWIT, UNITED STATES ATTORNEY
ROBERT FIRPO, ASSISTANT UNITED STATES ATTORNEY
CHRISTOPHER BOOKER, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that Abigail Thiry of the Federal Defender

Services of Idaho, hereby makes an appearance and associates in as co-

counsel in the above action on behalf of the defendant, TIMBER ROBERTS,

and requests that all further papers and pleadings herein except original

process be served upon said undersigned attorney.

Dated: May 23, 2023	NICOLE OWENS
FEDERAL PUBLIC DEFENDER
By:


/s/ Abigail Thiry
Abigail Thiry
Assistant Federal Defender
Federal Defender Services of Idaho
Attorneys for Defendant
TIMBER ROBERTS

CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document was served on all parties named below on this 23rd day of May 2023.

Robert Burke Firpo, Assistant United States Attorney
Office of the United States Attorney        ____United States Mail
1290 West Myrtle Street, Suite 500        ____Hand Delivery
Boise, ID 83702        ____Facsimile Transmission
(208) 334-1211        __X_CM/ECF Filing
(208) 334-1413 – Facsimile        ____Email Transmission
Robert.Firpo@usdoj.gov

Christopher Booker, Assistant United States Attorney
Office of the United States Attorney        ____United States Mail
1290 West Myrtle Street, Suite 500        ____Hand Delivery
Boise, ID 83702        ____Facsimile Transmission
(208) 334-1211        __X_CM/ECF Filing
(208) 334-1413 – Facsimile        ____Email Transmission
Christopher.Booker2@usdoj.gov

Dated: May 23, 2023        /s/ Edwina Martinez
       Edwina Martinez