AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| United States of America | ) |
|---|---|
| v. | ) |
| TIMBER ROBERTS, BROOKS ROBERTS and JUDY ROBERTS | ) Case No. 1:23-mj-00108-DKG |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JUDY ROBERTS,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Camping on Forest Service Lands for a Period Longer than Allowed (36 C.F.R. § 261.58(a))
Occupying a Developed Recreation Site for Other than Recreation Purposes (36 C.F.R. § 261.16(a))

Date: 05/09/2023

*Issuing officer's signature*

City and state: Boise, Idaho

Honorable Debora K. Grasham, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5/9/2023, and the person was arrested on *(date)* 5/19/2023
at *(city and state)* McCall, ID.

Date: 5/22/2023

*See* Signing on behalf of USFS Officer Higgins
*Arresting officer's signature*

Stacie Lockner, USFS Law Enforcement Officer
*Printed name and title*