Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
208-724-2617
chd@fergusondurham.com

Richard Alan Eppink
W/REST COLLECTIVE
812 W. Franklin
Boise, ID 83702
208-371-9752
Email: ritchie@wrest.coop

Attorneys for Defendant Roberts

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BROOKS ROBERTS,<br><br>Defendant. | Case No. 1:23-mj-00108-DKG<br><br>**WAIVER OF PHYSICAL PRESENCE AT INITIAL APPEARANCE** |

I understand that I have the right to be physically present in the courtroom during my initial appearance on these charges. My counsel has explained to me the purpose of an initial appearance.

1

Having been informed of the purpose of the hearing and of my right to be present in person, under Rule 43(b)(2) I waive my right to physical presence and consent to appear remotely at the initial appearance by videoconference, telephone, or similar technology.

_____  Dated: 5/31/23
Brooks Roberts

_____  Dated: 5/31/23
Craig H. Durham
Attorney for Brooks Roberts

2